# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,             )
                                      )
        Plaintiff,                )    Case No.  2:13-cr-00083-JCM-CWH
                                      )
vs.                                   )    **ORDER**
                                      )
DERRICK PHELPS, et al.,               )
                                      )
        Defendants.               )
_____)

        This matter is before the Court on Defendants' Derrick Phelps and Cynthia Phelps Motion for Joinder in Defendant Linda Mack's Motion for Bill of Particulars (#65), filed January 27, 2014. The motion for joinder will be granted and Defendants arguments considered in conjunction with the motion they join.  Accordingly,

        **IT IS HEREBY ORDERED** that Defendants' Derrick Phelps and Cynthia Phelps Motion for Joinder in Defendant Linda Mack's Motion for Bill of Particulars (#65) is **granted**.

        DATED: January 27, 2014.

                                                _____
                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**